```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                               **Plaintiff,**                        **21-CV-04767 (PGG) (SN)**

       -against-                                              **ORDER**

**CITY OF NEW YORK, et al.,**

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 17, 2021, the Honorable Paul G. Gardephe issued an order requesting that the following Defendants waive service of summons: (1) the City of New York; (2) GRVC Warden Jean Renee and (3) Deputy Warden Harris; (4) Correction Officers Edmounds and (5) D. Brown (#1689); (6) Chief of Department Hazel Jennings; (7) Custody Management Officers Ruiz and (8) Allyiene; (9) Chief Kenneth Stukes (a/k/a Stookes); and (10) GRVC Security Deputy Carter. See ECF No. 7. On July 19, 2021, the New York City Department of Correction waived service for only five Defendants: Rene, Harris, Brown, Stukes, and Carter. ECF No. 9. Because Defendants Rene, Harris, Brown, Stukes, and Carter waived service, pursuant to the Court's agreement with the City of New York, these defendants must answer or otherwise respond to the Complaint by September 17, 2021.

       The Department of Correction declined to waive service for "Jennigs" because Jennings is retired. ECF No. 10. By August 3, 2021, the City is ordered to provide the Court and Plaintiff with Defendant Jennings's last known address, for purposes of service, or accept service on Defendant Jennings's behalf.

The Department of Correction was unable to waive service on behalf of Defendants "Edmonds, Ruis, and Allyinene" because it was unable to identify these officers. Id.  Judge Gardephe directed the New York City Law Department, as the attorney and agent of the Department of Correction, to identify the John/Jane Doe Defendants listed in Plaintiff's Complaint pursuant to Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997). See ECF No. 7. That information is to be provided within 60 days of Judge Gardephe's Order—or by August 16, 2021. Because additional Defendants remain unidentified, the New York City Law Department is directed to ascertain the identity of the Defendants listed as "Edmonds, Ruis, and Allyiene."

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 20, 2021
         New York, New York