```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                         **Plaintiff,**                  21-CV-04767 (PGG) (SN)

      -against-                                           **ORDER**

CITY OF NEW YORK, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court received a telephone message from Plaintiff Umar Alli on July 21, 2021, alleging that he is being transferred from his current housing facility in retaliation for filing this complaint. The Court has not communicated directly with Plaintiff. Counsel for the City of New York is directed to confirm that no such retaliation is occurring and to remind Department of Correction staff that retaliation for filing a lawsuit is a violation of the law. The Court will hold a conference in September after those Defendants who have been served respond to the Complaint.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 22, 2021
              New York, New York