**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

UMAR ALLI,

                                        **Plaintiff,**

                    -against-

**CITY OF NEW YORK, et al.,**

                                        **Defendants.**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 8/24/2021

**21-CV-04767 (PGG) (SN)**

**ORDER OF SERVICE**

**SARAH NETBURN, United States Magistrate Judge:**

Under Valentin v. Dinkins, a *pro se* litigant is entitled to assistance from the district court

in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). By order dated June 17, 2021, the Court

directed the New York City Law Department to identify, among other things, the members of the

Probe Team who responded to an incident involving Plaintiff at approximately 8:30 p.m. on April

15, 2021, in or near unit 7A at the George R. Vierno Center (GRVC). See ECF No. 7.

On August 16, 2021, the New York City Law Department identified the following

individuals as members of the Probe Team who responded to an incident at GRVC at

approximately 8:30 p.m. on April 15, 2021: D. Ricketts; O. Davis; D. Nihal; R. Levy; C.

Robinson; A. Mariano; T. Simms; S. Sterling A. Littles; and P. Moodie. ECF No. 18.

Accordingly, the Court directs the Clerk of Court, under Rule 21 of the Federal Rules of

Civil Procedure, to amend the caption of the Complaint to replace Defendant "John Doe Officers

of Probe team who assaulted Plaintiff on April 15th, 2021 inside 7A G.R.V.C. approx. 8:30 pm,"

with the following Defendants: D. Ricketts, Shield No. 9789; O. Davis, Shield No. 14464; D.

Nihal, Shield No. 8082; R. Levy, Shield No. 18582; C. Robinson, Shield No. 5182; A. Mariano,

Shield No. 17993; T. Simms, Shield No. 9256; S. Sterling, Shield No. 2483; A. Littles, Shield No. 5574; P. Moodie, Shield No. 593. This amendment is without prejudice to any defenses these Defendants may wish to assert.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the following Defendants waive service of summons: D. Ricketts, Shield No. 9789; O. Davis, Shield No. 14464; D. Nihal, Shield No. 8082; R. Levy, Shield No. 18582; C. Robinson, Shield No. 5182; A. Mariano, Shield No. 17993; T. Simms, Shield No. 9256; S. Sterling, Shield No. 2483; A. Littles, Shield No. 5574; P. Moodie, Shield No. 593. The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     August 24, 2021
           New York, New York