**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UMAR ALLI,

                                    **Plaintiff,**

            -against-

CITY OF NEW YORK, et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __ 11/3/2021 __

**21-CV-04767 (PGG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

 On November 1, 2021, *pro se* plaintiff Umar Alli called the Court and left a message stating he was being retaliated against. Plaintiff is notified that telephone calls to the Court without defense counsel on the phone are not permitted and, in the future, all communications with the Court should be in writing. In light of Plaintiff's concerns, however, a telephone conference is scheduled for November 15, 2021 at 10 a.m.

 IT IS HEREBY ORDERED that the Warden or other official in charge of the Rikers Correctional Facility produce Umar Alli, Inmate No. 2101900410, on November 15, 2021, no later than 10 a.m., to a suitable location within the Rikers Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

 If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Rachel Slusher at (212) 805-0286.

Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Rikers Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Counsel for the City of New York is further directed to inquire whether there have been any retaliation allegations raised by Plaintiff to supervisors at the Department of Correction.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            November 3, 2021

2