UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UMAR ALLI,

                      Plaintiff,                      21-CV-04767 (PGG)(SN)

       -against-                              **ORDER**

CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Plaintiff has failed to provide executed medical releases and so the Defendants' motion to vacate their obligation to identify the John Doe Doctors is GRANTED. Plaintiff is reminded that, having filed a lawsuit, it is his obligation to prosecute his claims. To that end, Plaintiff must file an opposition to the Defendants' motion to dismiss, which was filed on January 27, 2022. As previously ordered, Plaintiff shall have until March 14, 2022, to file an opposition brief. ECF No. 41. Defendants may file any reply by March 28, 2022. The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      New York, New York
                 February 14, 2022