UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                            Plaintiff,                  21-CV-04767 (PGG)(SN)

    -against-                                     **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.
-----------------------------------------------------------------X

-----------------------------------------------------------------X

UMAR ALLI,

                            Plaintiff,                  21-CV-04866 (ALC)(SN)

    -against-

E.S.U. OFFICER SYLLA, et al.,

                            Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of scheduling conflicts, the Conferences originally scheduled for Thursday, March 3, 2022, at 4:00 p.m. and Wednesday, March 2, 2022, at 3:00 p.m. are RESCHEDULED for Friday, March 25, 2022, at 3:30 p.m. The Conference for Alli v. City of New York, 21-cv-04767, will begin at 3:30 p.m., followed by the Conference for Alli v. Sylla, 21-cv-04866.

       IT IS HEREBY ORDERED that the Warden or other official in charge of the Rikers Correctional Facility produce Umar Alli, Inmate No. 2101900410, on March 25, 2022, no later than 3:30 p.m., to a suitable location within the Rikers Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Rachel Slusher at (212) 805-0286.

Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Rikers Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

**Rule 16(a) Conference.** The Court intends to engage in a meaningful discussion in order to schedule an appropriate case management plan. The parties will be required to discuss at the conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure. In particular, the parties should be prepared to address: (i) the scope of discovery as defined by Rule 26(b)(1) as amended; (ii) whether phased discovery – that is, focusing on sources that are easier and cheaper to produce before moving on to more difficult and expensive sources – is appropriate; (iii) whether the parties anticipate the need for a protocol concerning electronically stored information (ESI); (iv) whether a protective order is necessary or appropriate; and (v) whether issues related to the attorney-client privilege are likely to be material and if an order under Federal Rule of Evidence 502 is appropriate.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff and terminate the gavel at ECF No. 56 in 21-cv-04767.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 2, 2022
         New York, New York