UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                      Plaintiff,                      21-CV-04767 (PGG)(SN)

      -against-                        **ORDER**

CITY OF NEW YORK, et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's opposition to Defendants' Motion to Dismiss was due on March 14, 2022. ECF No. 51. As of the issuance of this order, Plaintiff has not yet filed his opposition brief. In light of Plaintiff's *pro se* status, Plaintiff is granted an additional two weeks to oppose Defendants' motion. Plaintiff shall file his opposition brief by no later than April 1, 2022. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      New York, New York
                March 18, 2022