UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                             **Plaintiff,**                       21-CV-04767 (PGG)(SN)

        -against-                                  **ORDER OF SERVICE**

CITY OF NEW YORK, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff is proceeding *pro se* and *in forma pauperis*. On June 17, 2021, the Hon. Paul G. Gardephe directed counsel for the New York City Department of Correction ("DOC") to ascertain the identities of several defendants whom Plaintiff seeks to sue and the addresses where these defendants may be served. The Court directed the New York City Law Department, which is the attorney for and agent of DOC, to provide this information to Plaintiff and the Court within sixty days. On February 25, 2022, the New York City Law Department provided the required information for service on the defendants.

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain D. Mack, Shield No. 1795; Captain F. Jones, Shield No. 693; and Captain T. Henry, Shield No. 740 waive service of summons.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     New York, New York
               March 29, 2022