UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

       Plaintiff,        21-CV-04767 (PGG)(SN)

  -against-            **ORDER**

CITY OF NEW YORK, et al.,

       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On March 29, 2022, the Court granted Plaintiff's request for an extension of time until April 15, 2022, to respond to Defendants' motion to dismiss. ECF No. 60. As of the issuance of this order, Plaintiff has not filed his opposition. Plaintiff shall file his opposition by Friday, May 6, 2022, or the Court will consider the motion fully briefed. Defendants' reply, if any, shall be filed no later than two weeks after Plaintiff files his opposition. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

**SO ORDERED.**

                        SARAH NETBURN
                        United States Magistrate Judge

DATED: New York, New York
      April 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2022