UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                              **Plaintiff,**

        -against-

**CITY OF NEW YORK, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/23/2022

**21-CV-04767 (PGG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On January 27, 2022, Defendants filed a motion to dismiss Plaintiff's complaint. ECF No. 44. The Court ordered Plaintiff to oppose by March 14, 2022. ECF Nos. 41 & 51. The Court granted Plaintiff an additional two weeks to oppose, and later extended the deadline to April 15, 2022. ECF Nos. 59 & 60. On April 25, 2022, the Court warned Plaintiff that if he did not file his opposition by May 6, 2022, the Court would consider the matter fully briefed. ECF No. 63. As of the issuance of this order, Plaintiff has not filed his opposition, and so the Court will consider the matter fully briefed.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    New York, New York
               May 23, 2022