```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                          Plaintiff,                                21-CV-04767 (PGG)(SN)

       -against-                                                   **ORDER**

CITY OF NEW YORK, et al.,

                        Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 14, 2022, the Court received returned mail indicating that *pro se* Plaintiff is no longer incarcerated on Rikers Island. According to the New York State Department of Corrections and Community Supervision (DOCCS) website, it appears that Plaintiff is currently incarcerated at Elmira Correctional Facility.

      It is the *pro se* Plaintiff's duty to keep the Court updated about his current location. Accordingly, the Court directs the Clerk of Court to mail a Change of Address form to the Plaintiff at:

           Umar Alli
           DIN: 22B2174
           Elmira Correctional Facility
           1879 Davis Street
           P.O. Box 500
           Elmira, NY 14901-0500

      The Clerk of Court is further directed to mail ECF Nos. 68 and 72 to Plaintiff.

      Plaintiff must immediately file his Change of Address form in this case and in any other case pending before this Court.

**SO ORDERED.**

DATED:    New York, New York
               June 15, 2022

                                                      SARAH NETBURN
                                                      United States Magistrate Judge