```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

UMAR ALLI,

                             Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------------- X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

21-CV-4767 (PGG) (SN)

**THE HONORABLE SARAH NETBURN, United States Magistrate Judge:**

       Upon the application of Defendants for leave to take the deposition of Plaintiff Umar Alli (DIN 22B2174), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Attica Correctional Facility at the New York State Department of Corrections and Community Supervision produce inmate Umar Alli (DIN 22B2174) within Attica Correctional Facility for the taking of his deposition by video teleconferencing **on July 21, 2022 commencing at 10:00 AM,** for so long thereafter as the deposition continues; (2) Plaintiff Umar Alli (DIN 22B2174) appears in such place as designated by the Warden or other official in charge of the Attica Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

Dated: July 8, 2022
       New York, New York

IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address        City        State        Zip Code

_____
Telephone Number        E-mail Address (if available)

_____
Date        Signature