UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                        **Plaintiff,**                              21-CV-04767 (PGG)(SN)

        -against-                                                   **ORDER**

CITY OF NEW YORK, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

-----------------------------------------------------------------X

UMAR ALLI,

                        **Plaintiff,**                              21-CV-04866 (ALC)(SN)

        -against-

E.S.U. OFFICER SYLLA, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On July 21, 2022, Plaintiff filed a letter opposing Defendants' motion to conduct his deposition via video, requesting a 60-day extension of discovery and the appointment of pro bono counsel, and alleging that he was unable to review video footage because of the interference of corrections officers. 21-cv-04767, ECF No. 80. On July 22, 2022, Defendants moved for an extension of discovery to allow them to take Plaintiff's deposition. 21-cv-04866, ECF No. 39.

      Discovery is extended for 60-days in both cases. Discovery shall close on September 23, 2022. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the respective district judges assigned to the cases by October 10, 2022.

Plaintiff's objections to Defendant's motion to depose him via video are DENIED as moot in 21-cv-04767. Given Plaintiff's incarceration at Attica Correctional Facility, his objection to a video deposition is DENIED in 21-cv-04866.

Plaintiff's request for pro bono counsel is DENIED because he has not yet established that his claims have merit.

Corporation counsel is ORDERED to consult with staff at Attica Correctional Facility to determine if there is an accommodation that can be made to allow Plaintiff to view the surveillance footage without interference for 30 minutes.

Plaintiff is further permitted to conduct depositions of corrections officers by written questions pursuant to Federal Rule of Civil Procedure 31. Given Plaintiff's *pro se* incarcerated status, the Court waives the requirements of Federal Rule of Civil Procedure 31(b).

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 39 in 21-cv-04866.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: July 27, 2022
　　　　　New York, New York