UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UMAR ALLI,

          Plaintiff,

    v.

THE CITY OF NEW YORK, et al.,

          Defendants.

**ORDER**

21 Civ. 4767 (PGG) (SN)

---

PAUL G. GARDEPHE, U.S.D.J.:

        In a November 14, 2022 letter motion, Plaintiff states, among other things, that he "needs . . . an opportunity to file an amended complaint with the help of [an] attorney because his claims have merit" and therefore requests "a granting of . . . amendment of complaint." (Pltf. Ltr. (Dkt. No. 88) at 5)

        In a November 16, 2022 letter, Defendants respond to other relief Plaintiff is seeking, but do not address Plaintiff's motion for leave to amend. (Def. Opp. Ltr. (Dkt. No. 89))

        Defendants will respond to the portion of Plaintiff's letter motion seeking leave to amend by **March 13, 2023**.

Dated: New York, New York
       March 6, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge