UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,                     21-CV-04767 (PGG)(SN)

        -against-                            **ORDER**

CITY OF NEW YORK, et. al.,

                        Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,                     21-CV-09470 (PGG)(SN)

        -against-

G.R.V.C. WARDEN RENEE, et al.,

                        Defendants.
----------------------------------------------------------------- X
----------------------------------------------------------------- X

UMAR ALLI,

                        Plaintiff,                     22-CV-07616 (PGG)(SN)

        -against-

R.N.D.C. WARDEN WALKER, et al.,

                        Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2025

---------------------------------------------------------------- X
**UMAR ALLI,**

                              Plaintiff,                    23-CV-04699 (PGG)(SN)

                -against-

**E.S.U. PALMER, et al.,**

                              **Defendants.**

----------------------------------------------------------------X

---------------------------------------------------------------- X
**UMAR ALLI,**

                              Plaintiff,                    23-CV-05239 (PGG)(SN)

                -against-

**C.O. WORRELL, et al.,**

                              **Defendants.**

----------------------------------------------------------------X

---------------------------------------------------------------- X
**UMAR ALLI,**

                              Plaintiff,                    23-CV-05263 (PGG)(SN)

                -against-

**E.S.U. CAPTAIN LUE, et al.,**

                              **Defendants.**

----------------------------------------------------------------X

------------------------------------------------------------ X
**UMAR ALLI,**

                                  **Plaintiff,**                      23-CV-05238 (PGG)(SN)

        -against-

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                                  **Defendants.**
------------------------------------------------------------X
------------------------------------------------------------ X
**UMAR ALLI,**

                                  **Plaintiff,**                      23-CV-10519 (PGG)(SN)

        -against-

**E.S.U. OFFICER FALCONER, et al.,**

                                    **Defendants.**
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff Umar Alli has recently filed two letters in <u>Alli v. City of New York</u>, 21-cv-4767 (the "Dismissed Case"). Previously, however, Plaintiff requested that the Court allow him to voluntarily dismiss that case, which was granted. Plaintiff made this request in a letter dated April 28, 2023 ("Hi I pro se Plaintiff in the above matter hereby respectfully request that the courts dismiss Plaintiffs 21cv4767 case without Prejudice in accordance to Court Court rules."), and again in a letter dated May 4, 2023 ("In any event in accordance to Fed R. Civ. P. I voluntary dismiss this action without prejudice."). ECF Nos. 105, 108. The Court dismissed the action on May 4, 2023, and closed the case. ECF No. 107. **Accordingly, there should be no further filings in <u>Alli v. City of New York</u>, 21-cv-4767.**

Some of Plaintiff's letters in the Dismissed Case, however, address a global settlement in seven other cases (21-cv-9470; 22-cv-7616; 23-cv-4699; 23-cv-5239; 23-cv-5263; 23-cv-5238; 23-cv-10519 (collectively, the "Settlement Cases"). In the Settlement Cases, the Court issued a Report and Recommendation on November 21, 2024, recommending dismissal of all seven cases pursuant to a global settlement. Plaintiff requested leave to file an objection to that Report, which was granted, and Plaintiff's objections were due by January 13, 2025.

Plaintiff has filed two letters since that deadline, but those letters have been filed in some but not all of the Settlement Cases. First, Plaintiff filed a letter dated March 4, 2025, and docketed on March 25, 2025 (filed in four of the Settlement Cases but <u>not</u> in 23-cv-4699; 23-cv-5239; 23-cv-5263). Among other things, that letter requested information about "the position of these payments" and indicated that the "appointed payee of the monthly checks" had not received the payment. Plaintiff also requested "intravention to dispute settlement" and to "mediate these settlement deficientcys." Second, Plaintiff filed a letter dated April 12, 2025, and docketed on April 22, 2025 (filed in six of the Settlement Cases but <u>not</u> in 21-cv-9470). This second letter referenced the first letter and "the completing of my settlement (Global)." Plaintiff requested pro bono assistance "to Assist with completing documents."

Separately, on March 28, 2025, counsel for all defendants in the Settlement Cases filed a letter stating that the Plaintiff had not filed objections by the January 13, 2025 deadline and that the Court should deem his opportunity to object as waived. Defendants' letter was filed <u>only</u> in 21-cv-9470 but listed six of the Settlement Cases (it did <u>not</u> list 23-cv-10519).

In light of this history, the Court respectfully requests that pro bono counsel with the Federal Pro Se Legal Assistance Project attempt to contact Plaintiff to confirm whether Plaintiff is objecting to the Report and Recommendation or is seeking its enforcement. To the extent he is

objecting, the Court further requests clarity on whether he intends to file any other document than the March 4 and April 12 letters. To the extent pro bono counsel requires a court order to arrange a phone call with the Plaintiff, the Court will provide one upon request. The Court requests a status letter from pro bono counsel by May 16, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 24, 2025
         New York, New York