```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UMAR ALLI,

                        Plaintiff,           21-CV-04767 (PGG)(SN)

      -against-           **ORDER**

CITY OF NEW YORK, et. al.,

                        Defendants.
-----------------------------------------------------------------X

-----------------------------------------------------------------X
UMAR ALLI,

                        Plaintiff,           21-CV-09470 (PGG)(SN)

      -against-

G.R.V.C. WARDEN RENEE, et al.,

                        Defendants.
----------------------------------------------------------------- X

----------------------------------------------------------------- X
UMAR ALLI,

                        Plaintiff,           22-CV-07616 (PGG)(SN)

      -against-

R.N.D.C. WARDEN WALKER, et al.,

                        Defendants.
-----------------------------------------------------------------X

------------------------------------------------------------- X
**UMAR ALLI,**

                                              **Plaintiff,**                    23-CV-04699 (PGG)(SN)

                    -against-

**E.S.U. PALMER, et al.,**

                                                **Defendants.**
-------------------------------------------------------------X

------------------------------------------------------------- X
**UMAR ALLI,**

                                              **Plaintiff,**                    23-CV-05239 (PGG)(SN)

                    -against-

**C.O. WORRELL, et al.,**

                                                **Defendants.**
-------------------------------------------------------------X

------------------------------------------------------------- X
**UMAR ALLI,**

                                              **Plaintiff,**                    23-CV-05263 (PGG)(SN)

                    -against-

**E.S.U. CAPTAIN LUE, et al.,**

                                                **Defendants.**
-------------------------------------------------------------X

```
------------------------------------------------------------- X
```
UMAR ALLI,

                                 Plaintiff,                        23-CV-05238 (PGG)(SN)

            -against-

E.S.U. CAPTAIN MCCARTHY, et al.,

                                 Defendants.

```
-------------------------------------------------------------X
-------------------------------------------------------------- X
```
UMAR ALLI,

                                 Plaintiff,                        23-CV-10519 (PGG)(SN)

            -against-

E.S.U. OFFICER FALCONER, et al.,

                                 Defendants.

```
-------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

       On May 6, 2025, docketed May 13, 2025, the Court's April 24, 2025 Order was returned because Mr. Alli is no longer at the Attica Correctional Facility. A review of the Department of Corrections Incarcerated Individual Lookup shows that Mr. Alli is now at Mid-State Correctional Facility.

       The Clerk of Court is respectfully directed to mail a copy of this Order, the April 24, 2025 Order, and a Notice of Change of Address Form to: Umar Alli, DIN #22B2174, Mid-State Correctional Facility, P.O. Box 2500, Marcy, New York 13403-0216. The Clerk of Court is further directed to amend all dockets to reflect Mr. Alli's new address.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:      May 14, 2025
                  New York, New York