UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UMAR ALLI,

                          **Plaintiff,**

         -against-

CITY OF NEW YORK, et. al.,

                       **Defendants.**

-------------------------------------------------------------------X

-------------------------------------------------------------------X

UMAR ALLI,

                          **Plaintiff,**

         -against-

G.R.V.C. WARDEN RENEE, et al.,

                       **Defendants.**

----------------------------------------------------------------- X

----------------------------------------------------------------- X

UMAR ALLI,

                          **Plaintiff,**

         -against-

R.N.D.C. WARDEN WALKER, et al.,

                       **Defendants.**

-------------------------------------------------------------------X

**21-CV-04767 (PGG)(SN)**

**ORDER**

**21-CV-09470 (PGG)(SN)**

**22-CV-07616 (PGG)(SN)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/25/2025_

-------------------------------------------------------------- X

UMAR ALLI,

                                                  **Plaintiff,**                   **23-CV-04699 (PGG)(SN)**

                 **-against-**

E.S.U. PALMER, et al.,

                                                **Defendants.**

--------------------------------------------------------------X

-------------------------------------------------------------- X

UMAR ALLI,

                                                  **Plaintiff,**                   **23-CV-05239 (PGG)(SN)**

                 **-against-**

C.O. WORRELL, et al.,

                                                **Defendants.**

--------------------------------------------------------------X

-------------------------------------------------------------- X

UMAR ALLI,

                                                  **Plaintiff,**                   **23-CV-05263 (PGG)(SN)**

                 **-against-**

E.S.U. CAPTAIN LUE, et al.,

                                                **Defendants.**

--------------------------------------------------------------X

-------------------------------------------------------------- X

**UMAR ALLI,**

                                           **Plaintiff,**                    **23-CV-05238 (PGG)(SN)**

            -against-

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                                        **Defendants.**

------------------------------------------------------------X

-------------------------------------------------------------- X

**UMAR ALLI,**

                                           **Plaintiff,**                    **23-CV-10519 (PGG)(SN)**

            -against-

**E.S.U. OFFICER FALCONER, et al.,**

                                          **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's letter dated August 13, 2025. A status letter from *pro bono* counsel regarding the status of settlement is due on September 12, 2025. Plaintiff is encouraged to speak with his *pro bono* counsel regarding any issues related to the conditions of his incarceration at Mid-State Correctional Facility.

**SO ORDERED.**

_____

SARAH NETBURN

United States Magistrate Judge

DATED:      August 25, 2025

               New York, New York