UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                              Plaintiff,                    21-CV-04767 (PGG)(SN)

      -against-                                      **ORDER**

CITY OF NEW YORK, et. al.,

                              Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------X

UMAR ALLI,

                              Plaintiff,                    21-CV-09470 (PGG)(SN)

      -against-

G.R.V.C. WARDEN RENEE, et al.,

                              Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------X

UMAR ALLI,

                              Plaintiff,                    22-CV-07616 (PGG)(SN)

      -against-

R.N.D.C. WARDEN WALKER, et al.,

                              Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------ X
**UMAR ALLI,**

                                  **Plaintiff,**                23-CV-04699 (PGG)(SN)

                  -against-

**E.S.U. PALMER, et al.,**

                                  **Defendants.**

------------------------------------------------------------------X

------------------------------------------------------------------ X
**UMAR ALLI,**

                                  **Plaintiff,**                23-CV-05239 (PGG)(SN)

                  -against-

**C.O. WORRELL, et al.,**

                                  **Defendants.**

------------------------------------------------------------------X

------------------------------------------------------------------ X
**UMAR ALLI,**

                                  **Plaintiff,**                23-CV-05263 (PGG)(SN)

                  -against-

**E.S.U. CAPTAIN LUE, et al.,**

                                  **Defendants.**

------------------------------------------------------------------X

------------------------------------------------------------------ X
**UMAR ALLI,**

                                  **Plaintiff,**                  **23-CV-05238 (PGG)(SN)**

                **-against-**

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                                  **Defendants.**

------------------------------------------------------------------X

------------------------------------------------------------------ X
**UMAR ALLI,**

                                  **Plaintiff,**                  **23-CV-10519 (PGG)(SN)**

                **-against-**

**E.S.U. OFFICER FALCONER, et al.,**

                                    **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 29, 2025, the Court held a conference to address finalization of the settlement agreement. As discussed at the conference, the stay of this action shall remain in effect until November 1, 2025, at which time it will be lifted, and the Court will resolve Defendants' motion to enforce the settlement agreement.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      September 30, 2025
                  New York, New York