UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                               **Plaintiff,**                  **21-CV-04767 (PGG)(SN)**

      -against-                                         **ORDER**

CITY OF NEW YORK, et. al.,

                               **Defendants.**

------------------------------------------------------------------X

------------------------------------------------------------------X

UMAR ALLI,

                               **Plaintiff,**                  **21-CV-09470 (PGG)(SN)**

      -against-

G.R.V.C. WARDEN RENEE, et al.,

                               **Defendants.**

------------------------------------------------------------------ X

------------------------------------------------------------------ X

UMAR ALLI,

                               **Plaintiff,**                  **22-CV-07616 (PGG)(SN)**

      -against-

R.N.D.C. WARDEN WALKER, et al.,

                               **Defendants.**

------------------------------------------------------------------X

```
----------------------------------------------------------------X
UMAR ALLI,

                              Plaintiff,            23-CV-04699 (PGG)(SN)

              -against-

E.S.U. PALMER, et al.,

                              Defendants.
----------------------------------------------------------------X
----------------------------------------------------------------X
UMAR ALLI,

                              Plaintiff,            23-CV-05239 (PGG)(SN)

              -against-

C.O. WORRELL, et al.,

                              Defendants.
----------------------------------------------------------------X
----------------------------------------------------------------X
UMAR ALLI,

                              Plaintiff,            23-CV-05263 (PGG)(SN)

              -against-

E.S.U. CAPTAIN LUE, et al.,

                              Defendants.
----------------------------------------------------------------X
```

```
------------------------------------------------------------------ X
```
**UMAR ALLI,**

                              **Plaintiff,**                          **23-CV-05238 (PGG)(SN)**

                    **-against-**

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                              **Defendants.**
```
-----------------------------------------------------------------X
------------------------------------------------------------------ X
```
**UMAR ALLI,**

                              **Plaintiff,**                          **23-CV-10519 (PGG)(SN)**

                    **-against-**

**E.S.U. OFFICER FALCONER, et al.,**

                              **Defendants.**
```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      The Court received Mr. Alli's letter requesting a transcript of the September 30, 2025 conference call at which the parties discussed the settlement agreement. Because the conference call consisted of settlement discussions among counsel for both parties and Mr. Alli, it is the practice of the Court not to create a record. Accordingly, no transcript of the call is available.

      The parties are directed to file a final joint status report by November 1, 2025.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      October 14, 2025
                    New York, New York