**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

UMAR ALLI,

                                        **Plaintiff,**                    **21-CV-04767 (PGG)(SN)**

                    **-against-**                                         <u>**ORDER**</u>

**CITY OF NEW YORK, et. al.,**

                                        **Defendants.**

--------------------------------------------------------------------X

--------------------------------------------------------------------X

UMAR ALLI,

                                        **Plaintiff,**                    **21-CV-09470 (PGG)(SN)**

                    **-against-**

**G.R.V.C. WARDEN RENEE, et al.,**

                                        **Defendants.**
----------------------------------------------------------------- X

----------------------------------------------------------------- X

UMAR ALLI,

                                        **Plaintiff,**                    **22-CV-07616 (PGG)(SN)**

                    **-against-**

**R.N.D.C. WARDEN WALKER, et al.,**

                                        **Defendants.**

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2026

-------------------------------------------------------------------- X

UMAR ALLI,

                        **Plaintiff,**                 **23-CV-04699 (PGG)(SN)**

           -against-

E.S.U. PALMER, et al.,

                        **Defendants.**

---------------------------------------------------------------X

-------------------------------------------------------------------- X

UMAR ALLI,

                        **Plaintiff,**                 **23-CV-05239 (PGG)(SN)**

           -against-

C.O. WORRELL, et al.,

                        **Defendants.**

---------------------------------------------------------------X

-------------------------------------------------------------------- X

UMAR ALLI,

                        **Plaintiff,**                 **23-CV-05263 (PGG)(SN)**

           -against-

E.S.U. CAPTAIN LUE, et al.,

                        **Defendants.**

---------------------------------------------------------------X

2

---------------------------------------------------------------- X

UMAR ALLI,

                          **Plaintiff,**                **23-CV-05238 (PGG)(SN)**

                -against-

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                          **Defendants.**

----------------------------------------------------------X

---------------------------------------------------------------- X

UMAR ALLI,

                          **Plaintiff,**                **23-CV-10519 (PGG)(SN)**

                -against-

**E.S.U. OFFICER FALCONER, et al.,**

                          **Defendants.**

----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The parties have reached a settlement, and Plaintiff requires a notary to execute final settlement discussions. Accordingly, the Warden or other official in charge of Five Points Correctional Facility is ORDERED to: (1) provide a time and suitable location on or before March 27, 2026, for Plaintiff, Umar Alli, DIN No. 22B2174, to sign and have notarized legal documents in his possession or being held by the facility; (2) allow Plaintiff to mail the documents immediately, and by no later than March 31, 2026, to Plaintiff's settlement counsel, Susanne Toes Keane; and (3) to direct any questions regarding this Order to Ms. Keane at 212-382-6675. Ms. Keane shall send this Order to the Warden immediately.

**SO ORDERED.**

DATED: March 2, 2026                        _____
New York, New York                 SARAH NETBURN
                                  United States Magistrate Judge